UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES RACETTE and
DARCI RACETTE,

        Plaintiff(s),

Case No. 10-14539

vs.

HON. GEORGE CARAM STEEH

WELLS FARGO BANK, N.A. and
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS,

        Defendant(s).
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On September 19, 2011 the parties of record advised the court that a settlement had been reached and there being no further communication to the court; therefore

This case is hereby DISMISSED WITHOUT PREJUDICE. This case may be reopened, if necessary, by motion of either party without the payment of additional fees or costs. Alternatively, the parties may submit an order of dismissal with prejudice upon consummation of the settlement.

SO ORDERED.

        s/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

Dated: September 29, 2011

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys/parties of record on
September 29, 2011 by electronic and/or ordinary mail.

        s/Marcia Beauchemin
        Deputy Clerk